UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

J&J SPORTS PRODUCTIONS, INC.,

      Plaintiff,

 -against-

DZAKO & SONS CORP., d/b/a RADIO BAR AND
GRILL, and SABRIJI RADONCIC,

      Defendants.

-------------------------------------------------------------------- X

13-CV-2739 (ARR)(CLP)

NOT FOR ELECTRONIC
OR PRINT PUBLICATION

ORDER

ROSS, United States District Judge:

 The court has received the Report and Recommendation on the instant case dated April 17, 2014, from the Honorable Cheryl L. Pollak, United States Magistrate Judge. No objections have been filed. Accordingly, the court has reviewed the Report and Recommendation for clear error on the face of the record. See Advisory Comm. Notes to Fed. R. Civ. P. 72(b); accord Brissett v. Manhattan & Bronx Surface Transit Operating Auth., No. 09-CV-1930682 (CBA) (LB), 2011 WL 1930682, at *1 (E.D.N.Y. May 19, 2011). Having reviewed the record, I find no clear error. I hereby adopt the Report and Recommendation, in its entirety, as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1).

 Therefore, the court grants plaintiff's motion and awards default judgment against defendant Dzako & Sons Corp. in the amount of $4,310.00 in statutory damages plus $4,310.00 in enhanced damages and $520.00 in costs, for a total award of $9,140.00.

 Counsel for plaintiff shall serve a copy of this order on defendants by first class mail and file proof of such service in the record.

SO ORDERED.

               /s/(ARR)

               _____
               Allyne R. Ross
               United States District Judge

Dated:  May 6, 2014
     Brooklyn, New York

1